IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WINSTON L. KNOX,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-4782

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed November 13, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Winston L. Knox, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.  See Fla. R. App. P. 9.141(c)(5)(A).

BENTON, ROBERTS, and RAY, JJ., CONCUR.